


**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2022
MAY 16, 2023 SESSION**

UNITED STATES OF AMERICA

v.

RANDELL LEE PROCTOR

CRIMINAL NO. 2:23-cr-00074
18 U.S.C. § 922(g)(9)
18 U.S.C. § 924(a)(8)

# I N D I C T M E N T

The Grand Jury Charges:

1. On or about December 29, 2022, at or near Rand, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant RANDELL LEE PROCTOR did knowingly possess a firearm, that is, a Hi-Point, model C9, 9mm semi-automatic pistol, in and affecting interstate commerce.

2. At the time defendant RANDELL LEE PROCTOR possessed the aforesaid firearm, he knew he had been convicted of the following misdemeanor crimes of domestic violence as defined in 18 U.S.C. § 921(a)(33)(A):

   a. convicted on or about September 24, 2002, in the Magistrate Court of Kanawha County, West Virginia, of Domestic Battery, in violation of W.V. Code § 61-2-28(a), Case No. 02M-734;

   b. convicted on or about January 24, 2005, in the Magistrate Court of Kanawha County, West Virginia, of Domestic Battery, in violation of W.V. Code § 61-2-28(a), Case No. 04M-4332;

    c. convicted on or about November 26, 2013, in the Magistrate Court of Kanawha County, West Virginia, of Domestic Battery, in violation of W.V. Code § 61-2-28(a), Case No. 13M-5347; and

    d. convicted on or about September 15, 2016, in the Magistrate Court of Kanawha County, West Virginia, of Domestic Battery, in violation of W.V. Code § 61-2-28(a), Case No. 15-M20M-05534.

In violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

**NOTICE OF FORFEITURE**

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 28 U.S.C. § 2461(c), 18 U.S.C. § 924(d)(1), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

Pursuant to 28 U.S.C. § 2461(c), 18 U.S.C. § 924(d)(1) and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised upon the conviction of defendant RADELL LEE PROCTOR, of violations of 18 U.S.C. §§ 922(g)(9) and 924(a)(8) as charged in the Indictment, defendant RANDELL LEE PROCTOR shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offenses and any property, including any firearms or ammunition, used, intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses including but not limited to a Hi-Point, model C9, 9mm semi-automatic pistol, serial number: P10025496, and all related ammunition seized by law enforcement on or about December 29, 2022.

WILLIAM S. THOMPSON
United States Attorney

By: _____
Troy D. Adams
Assistant United States Attorney